IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

--------------------------------------------------------x
                                    :
RICHARD BOURT, JR.                  :    3:02 CV 191 (AVC)
                                    :
                                    :
v.                                  :
                                    :
                                    :
METRO-NORTH RAILROAD CO.            :    DATE:  JANUARY 9, 2004
                                    :
--------------------------------------------------------x
--------------------------------------------------------x
                                    :
ROBERT HICKEY                       :    3:02 CV 1674 (CFD)
                                    :
                                    :
v.                                  :
                                    :
                                    :
METRO-NORTH RAILROAD CO.            :    DATE: JANUARY 9, 2004
                                    :
--------------------------------------------------------x
--------------------------------------------------------x
                                    :
SAMUEL COMPO                        :    3:02 CV 1675 (PCD)
                                    :
                                    :
v.                                  :
                                    :
                                    :
METRO-NORTH RAILROAD CO. ET AL.     :    DATE: JANUARY 9, 2004
                                    :
--------------------------------------------------------x
--------------------------------------------------------x
                                    :
RICHARD K. LASKEVITCH               :    3:02 CV 1676 (GLG)
                                    :
                                    :
v.                                  :
                                    :
                                    :
METRO-NORTH RAILROAD CO. ET AL.     :    DATE: JANUARY 9, 2004
                                    :
--------------------------------------------------------x

```
--------------------------------------------------------x
                                                        :
MICHAEL SELMONT                                         :     3:02 CV 1677 (GLG)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :     DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
ROBERT FUDA                                             :     3:02 CV 1678 (RNC)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :     DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
JOHN P. GEARY                                           :     3:02 CV 1679 (WWE)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :     DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
THOMAS KINIRY                                           :     3:02 CV 1680 (JBA)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :     DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
```

2

```
-----------------------------------------------------x
                                                     :
JOHN RAGGI                                           :    3:02 CV 1681 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
EDWARD P. RUSSO                                      :    3:02 CV 1682 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
JAMES SCOFIELD                                       :    3:02 CV 1683 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
MILLARD J. SULLIVAN                                  :    3:02 CV 1684 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
```

3

```
--------------------------------------------------------x
                                                        :
TIMOTHY SWEENEY                                         :    3:02 CV 1872 (RNC)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
ROBERT BLACK                                           :    3:02 CV 1873 (AVC)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
KARL KAUTZ                                             :    3:02 CV 1874 (JBA)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
ALFRED SCHUMACHER                                      :    3:02 CV 1875 (AHN)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
FRANCIS E. BAKUTIS                                         :    3:02 CV 1877 (MRK)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
CHARLES KANE                                               :    3:02 CV 1878 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
FREDERICK N. KOVAL                                         :    3:02 CV 1879 (GLG)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
SIGISMONDO LoVERME                                         :    3:02 CV 1880 (PCD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
```

```
----------------------------------------------------------x
                                          :
TIMOTHY STRAND                            :   3:02 CV 1883 (AWT)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :   DATE: JANUARY 9, 2004
                                          :
----------------------------------------------------------x
----------------------------------------------------------x
                                          :
JAMES E. CAFFREY                          :   3:02 CV 1884 (CFD)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :   DATE: JANUARY 9, 2004
                                          :
----------------------------------------------------------x
----------------------------------------------------------x
                                          :
NICKOLAS ATLAS                            :   3:02 CV 2029 (DJS)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO.                  :   DATE: JANUARY 9, 2004
                                          :
----------------------------------------------------------x
----------------------------------------------------------x
                                          :
MICHAEL BETTINI                           :   3:02 CV 2030 (RNC)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :   DATE: JANUARY 9, 2004
                                          :
----------------------------------------------------------x
```

6

```
-----------------------------------------------------------x
                                          :
PAUL CIUZIO                               :     3:02 CV 2032 (JBA)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :     DATE: JANUARY 9, 2004
                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                          :
RICHARD FANNING                           :     3:02 CV 2034 (SRU)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :     DATE: JANUARY 9, 2004
                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                          :
THOMAS FARLEY                             :     3:02 CV 2035 (WWE)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :     DATE: JANUARY 9, 2004
                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                          :
CALOGERO FARRUGGIO                        :     3:02 CV 2036 (CFD)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :     DATE: JANUARY 9, 2004
                                          :
-----------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
CLYDE GIBBS                                          :    3:02 CV 2037 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
THOMAS INFANTINO                                     :    3:02 CV 2038 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ANTONIO SARTORI                                      :    3:02 CV 2039 (PCD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
LAWRENCE TRAMAGLINI                                  :    3:02 CV 2040 (SRU)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
```

8

```
-----------------------------------------------------------x
                                          :
JOSEPH WALZ                               :   3:02 CV 2041 (DJS)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :   DATE: JANUARY 9, 2004
                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                          :
MAURICE BARRETT                           :   3:03 CV 180 (DJS)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :   DATE: JANUARY 9, 2004
                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                          :
DAVID B. BETRIX                           :   3:03 CV 181 (WWE)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :   DATE: JANUARY 9, 2004
                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                          :
THOMAS BYRNE, SR.                         :   3:03 CV 182 (CFD)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :   DATE: JANUARY 9, 2004
                                          :
-----------------------------------------------------------x
```

9

```
-------------------------------------------------------x
                                                       :
FRANK A. DiLORENZO                                     :    3:03 CV 183 (AWT)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: JANUARY 9, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
DENNIS INCONSTANTI                                     :    3:03 CV 184 (JCH)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: JANUARY 9, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
JOHN F. JOHNSON, JR.                                   :    3:03 CV 185 (GLG)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :    DATE: JANUARY 9, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
JOHN J. MELILLO                                        :    3:03 CV 186 (RNC)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO.                               :    DATE: JANUARY 9, 2004
                                                       :
-------------------------------------------------------x
```

10

```
--------------------------------------------------------x
                                                        :
JERRY D. PATTERSON, SR.                                 :    3:03 CV 187 (GLG)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
PEDRO S. RODRIGUEZ                                      :    3:03 CV 188 (JBA)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
RICHARD STARR                                           :    3:03 CV 189 (RNC)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
ROBERT WEST                                             :    3:03 CV 190 (AWT)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                        :
--------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                            :
ROBERT F. WRIGHT                            :    3:03 CV 191 (RNC)
                                            :
                                            :
v.                                          :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: JANUARY 9, 2004
                                            :
-----------------------------------------------------------x
```

<u>RULING ON PLAINTIFFS' MOTIONS TO COMPEL METRO-NORTH</u>

In late 2002 through early 2003, fifty-four lawsuits were filed under the FELA, regarding plaintiffs' hearing loss, allegedly caused by defendants.[1] These fifty-four lawsuits were all referred to this Magistrate Judge for discovery. (<u>Bourt</u>, 3:02 CV 191 (AVC), Dkt. #16 & 5/27/03 endorsement thereon).[2] Active discovery is now ongoing: by agreement of counsel, these lawsuits have been designated into four "batches," with the first two batches completing fact discovery by March 31, 2004 and completing expert discovery by June 30, 2004, and with the second two batches completing fact discovery by September 30, 2004 and completing expert discovery by December 31, 2004. (<u>Bourt</u>, 3:02 CV 191 (AVC), Dkt. #18, ¶¶ 1-2).

On November 21, 2003, plaintiffs filed the forty-five pending Motions to Compel Metro-North, with briefs in support.[3] <u>Bourt</u>, 3:02 CV 191 (AVC), Dkts. ##34-35; <u>Hickey</u>, 3:02 CV 1674 (CFD), Dkts. ##18-19; <u>Compo</u>, 3:02 CV 1675 (PCD), Dkts. ##30-31; <u>Laskevitch</u>, 3:02 CV 1676 (GLG), Dkts. ##27-28; <u>Selmont</u>, 3:02 CV 1677 (GLG), Dkts. ##29-30; <u>Fuda</u>, 3:02 CV 1678 (RNC), Dkts. ##31-32; <u>Geary</u>, 3:02 CV 1679 (WWE), Dkts. ##31-32; <u>Kiniry</u>, 3:02 CV 1680 (JBA), Dkts. ##40-41; <u>Raggi</u>, 3:02 CV 1681 (GLG), Dkts.

---

[1]Since then, five of the lawsuits have been withdrawn. <u>Warley</u>, 3:02 CV 978 (RNC); <u>Wilson</u>, 3:02 CV 1876 (DJS); <u>Mackey</u>, 3:02 CV 1881 (AWT); <u>Murray</u>, 3:02 CV 1882 (JBA); and <u>Corban</u>, 3:02 CV 2033 (PCD).

[2]For ease of reference, when discussing procedural matters beyond the pending motions or arguments made in all these motions and briefs, referral will be made solely to the docket numbers in the <u>Bourt</u> file.

[3]The following three exhibits were attached: copies of defendant Metro-North's Objections to Plaintiff's First Set of Interrogatories and defendant Metro-North's Objections to Plaintiff's First Set of Request for Documents, both dated March 3, 2003 (App. A); copy of correspondence between counsel, dated April 7, 2003 (App. B); and copy of letter, dated May 12, 2003, from Dr. Peter Rabinowitz to plaintiff's counsel (App. C).

##31-32; <u>Russo</u>, 3:02 CV 1682 (JCH), Dkts. ##31-32; <u>Scofield</u>, 3:02 CV 1683 (JCH), Dkts. ##32-33; <u>Sullivan</u>, 3:02 CV 1684 (JCH), Dkts. ##31-32; <u>Sweeney</u>, 3:02 CV 1872 (RNC), Dkts. ##32-33; <u>Black</u>, 3:02 CV 1873 (AVC), Dkts. ##29-30; <u>Kautz</u>, 3:02 CV 1874 (JBA), Dkts. ##33-34; <u>Schumacher</u>, 02 CV 1875 (AHN), Dkts. ##25-26; <u>Bakutis</u>, 3:02 CV 1877 (MRK), Dkts. ##31-32; <u>Kane</u>, 3:02 CV 1878 (CFD), Dkts. ##26-27; <u>Koval</u>, 3:02 CV 1879 (GLG), Dkts. ##25-26; <u>LoVerme</u>, 3:02 CV 1880 (PCD), Dkts. ##29-30; <u>Strand</u>, 3:02 CV 1883 (AWT), Dkts. ##26-27; <u>Caffrey</u>, 3:02 CV 1884 (CFD), Dkts. ##28-29; <u>Atlas</u>, 3:02 CV 2029 (DJS), Dkts. ##22-23; <u>Bettini</u>, 3:02 CV 2030 (RNC), Dkts. ##28-29; <u>Ciuzio</u>, 3:02 CV 2032 (JBA), Dkts. ##36-37; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkts. ##26-27; <u>Farley</u>, 3:02 CV 2035 (WWE), Dkts. ##25-26; <u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkts. ##29-30; <u>Gibbs</u>, 3:02 CV 2037 (WWE), Dkts. ##26-27; <u>Infantino</u>, 3:02 CV 2038 (GLG), Dkts. ##25-26; <u>Sartori</u>, 3:02 CV 2039 (PCD), Dkts. ##30-31; <u>Tramaglini</u>, 3:02 CV 2040 (SRU), Dkts. ##26-27; <u>Walz</u>, 3:02 CV 2041 (DJS), Dkts. ##31-32; <u>Barrett</u>, 3:03 CV 180 (DJS), Dkts. ##28-29; <u>Betrix</u>, 3:03 CV 181 (WWE), Dkts. ##27-28; <u>Byrne</u>, 3:03 CV 182 (CFD), Dkts. ##22-23; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkts. ##25-26; <u>Inconstanti</u>, 3:03 CV 184 (MRK), Dkts. ##29-30; <u>Johnson</u>, 3:03 CV 185 (GLG), Dkts. ##26-27; <u>Melillo</u>, 3:03 CV 186 (RNC), Dkts. ##20-21; <u>Patterson</u>, 3:03 CV 187 (GLG), Dkts. ##22-23; <u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkts. ##28-29; <u>Starr</u>, 3:03 CV 189 (RNC), Dkts. ##26-27; <u>West</u>, 3:03 CV 190 (AWT), Dkts. ##28-29; <u>Wright</u>, 3:03 CV 191 (RNC), Dkts. ##29-30.

Surprisingly enough, defendant Metro-North has failed to file timely briefs in opposition to these motions.  Accordingly, if the parties have not already resolved these discovery disputes between themselves, plaintiffs' motions are hereby <u>granted</u>, and defendant Metro-North shall respond **<u>on or before January 23, 2004</u>**.

Accordingly, for the reasons stated above, plaintiffs' Motions to Compel Metro-

North, <u>Bourt</u>, 3:02 CV 191 (AVC), Dkt. #34; <u>Hickey</u>, 3:02 CV 1674 (CFD), Dkt. #18;

<u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #30; <u>Laskevitch</u>, 3:02 CV 1676 (GLG), Dkt. #27;

<u>Selmont</u>, 3:02 CV 1677 (GLG), Dkt. #29; <u>Fuda</u>, 3:02 CV 1678 (RNC), Dkt. #31; <u>Geary</u>,

3:02 CV 1679 (WWE), Dkt. #31; <u>Kiniry</u>, 3:02 CV 1680 (JBA), Dkt. #40; <u>Raggi</u>, 3:02 CV

1681 (GLG), Dkt. #31; <u>Russo</u>, 3:02 CV 1682 (JCH), Dkt. #31; <u>Scofield</u>, 3:02 CV 1683

(JCH), Dkt. #32; <u>Sullivan</u>, 3:02 CV 1684 (JCH), Dkt. #31; <u>Sweeney</u>, 3:02 CV 1872 (RNC),

Dkt. #32; <u>Black</u>, 3:02 CV 1873 (AVC), Dkt. #29; <u>Kautz</u>, 3:02 CV 1874 (JBA), Dkt. #33;

<u>Schumacher</u>, 02 CV 1875 (AHN), Dkt. #25; <u>Bakutis</u>, 3:02 CV 1877 (MRK), Dkt. #31;

<u>Kane</u>, 3:02 CV 1878 (CFD), Dkt. #26; <u>Koval</u>, 3:02 CV 1879 (GLG), Dkt. #25; <u>LoVerme</u>,

3:02 CV 1880 (PCD), Dkt. #29; <u>Strand</u>, 3:02 CV 1883 (AWT), Dkt. #26; <u>Caffrey</u>, 3:02 CV

1884 (CFD), Dkt. #28; <u>Atlas</u>, 3:02 CV 2029 (DJS), Dkt. #22; <u>Bettini</u>, 3:02 CV 2030 (RNC),

Dkt. #28; <u>Ciuzio</u>, 3:02 CV 2032 (JBA), Dkt. #36; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkt. #26;

<u>Farley</u>, 3:02 CV 2035 (WWE), Dkt. #25; <u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkt. #29; <u>Gibbs</u>,

3:02 CV 2037 (WWE), Dkt. #26; <u>Infantino</u>, 3:02 CV 2038 (GLG), Dkt. #25; <u>Sartori</u>, 3:02

CV 2039 (PCD), Dkt. #30; <u>Tramaglini</u>, 3:02 CV 2040 (SRU), Dkt. #26; <u>Walz</u>, 3:02 CV

2041 (DJS), Dkt. #31; <u>Barrett</u>, 3:03 CV 180 (DJS), Dkt. #28; <u>Betrix</u>, 3:03 CV 181 (WWE),

Dkt. #27; <u>Byrne</u>, 3:03 CV 182 (CFD), Dkt. #22; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkt. #25;

<u>Inconstanti</u>, 3:03 CV 184 (MRK), Dkt. #29; <u>Johnson</u>, 3:03 CV 185 (GLG), Dkt. #26;

<u>Melillo</u>, 3:03 CV 186 (RNC), Dkt. #20; <u>Patterson</u>, 3:03 CV 187 (GLG), Dkt. #22;

<u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkt. #28; <u>Starr</u>, 3:03 CV 189 (RNC), Dkt. #26; <u>West</u>, 3:03

CV 190 (AWT), Dkt. #28; <u>Wright</u>, 3:03 CV 191 (RNC), Dkt. #29, are <u>granted</u>.

_____This is not a Recommended Ruling but a Ruling on discovery, the standard of

review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 2

of the Local Rules for United States Magistrate Judges.  As such, it is an order of the

Court unless reversed or modified by the District Judge upon timely made objection.

_____See_ 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the Dis2rict of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 9th day of January, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge