IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                                           :
NICKOLAS ATLAS                                             :    3:02 CV 2029 (DJS)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO.                                   :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
MICHAEL BETTINI                                            :    3:02 CV 2030 (RNC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
RICHARD F. FANNING                                         :    3:02 CV 2034 (SRU)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS FARLEY                                              :    3:02 CV 2035 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                            :
  CALOGERO G. FARRUGGIO                     :    3:02 CV 2036 (CFD)
                                            :
                                            :
  v.                                        :
                                            :
                                            :
  METRO-NORTH RAILROAD CO. ET AL.           :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
  THOMAS INFANTINO                          :    3:02 CV 2038 (WWE)
                                            :
                                            :
  v.                                        :
                                            :
                                            :
  METRO-NORTH RAILROAD CO. ET AL.           :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
  ANTONIO SARTORI                           :    3:02 CV 2039 (PCD)
                                            :
                                            :
  v.                                        :
                                            :
                                            :
  METRO-NORTH RAILROAD CO. ET AL.           :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
  LAWRENCE TRAMAGLINI                       :    3:02 CV 2040 (SRU)
                                            :
                                            :
  v.                                        :
                                            :
                                            :
  METRO-NORTH RAILROAD CO. ET AL.           :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
THOMAS BYRNE, SR.                                          :   3:03 CV 182 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
FRANK A. DiLORENZO                                         :   3:03 CV 183 (AWT)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
DENNIS INCONSTANTI                                         :   3:03 CV 184 (MRK)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOHN J. MELILLO                                            :   3:03 CV 186 (RNC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO.                                   :   DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
```

3

```
-----------------------------------------------------------x
                                          :
PEDRO S. RODRIGUEZ                        :    3:03 CV 188 (JBA)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :    DATE: FEB. 24, 2005
                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                          :
RICHARD STARR                             :    3:03 CV 189 (RNC)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :    DATE: FEB. 24, 2005
                                          :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                          :
ROBERT F. WRIGHT                          :    3:03 CV 191 (RNC)
                                          :
                                          :
v.                                        :
                                          :
                                          :
METRO-NORTH RAILROAD CO. ET AL.           :    DATE: FEB. 24, 2005
                                          :
-----------------------------------------------------------x
```

RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, plaintiff's Motions for Extension of Scheduling Order Deadlines, Atlas, 3:02 CV 2029 (DJS), Dkt. #29; Bettini, 3:02 CV 2030 (RNC), Dkt. #57; Fanning, 3:02 CV 2034 (SRU), Dkt. #52; Farley, 3:02 CV 2035 (WWE), Dkt. #52; Farruggio, 3:02 CV 2036 (CFD), Dkt. #57; Infantino, 3:02 CV 2038 (WWE), Dkt. #55; Sartori, 3:02 CV 2039 (PCD), Dkt. #56; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #48; Byrne, 3:03 CV 182 (CFD), Dkt. #45; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #50; Inconstanti, 3:03 CV 184 (MRK), Dkt. #53; Melillo, 3:03 CV 186 (RNC), Dkt. #28; Rodriguez, 3:03 CV 188 (JBA), Dkt. #53; Starr, 3:03 CV 189 (RNC), Dkt. #47; Wright, 3:03 CV 191 (RNC), Dkt. #54, are granted by agreement as follows:

All fact discovery shall be completed **on or before April 1, 2005**; defendant's expert report(s) shall be disclosed **on or before April 30, 2005**; defendant's expert(s) shall be deposed **on or before May 30, 2005**; plaintiff's expert report(s) shall be disclosed **on or before May 30, 2005**; and plaintiff's expert(s) shall be deposed **on or before June 30, 2005**.

Dated at New Haven, Connecticut, this 24th day of February, 2005.

```
        /s/
Joan Glazer Margolis
U.S. Magistrate Judge
```