UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTONIO SARTORI

v.                                                          CASE NO.  3:02 CV 1311(PCD)

METRO-NORTH RAILROAD COMPANY AND
CONSOLIDATED RAIL CORP.

JUDGMENT

Notice having been sent to counsel of record on January 24, 2006, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before March 20, 2006.

No closing papers having been received and no further requests for continuance having been received, it is hereby,

ORDERED that the amended complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 21st day of March, 2006.

KEVIN F. ROWE, Clerk

By /s/ _____
       Patricia A. Villano
       Deputy Clerk

EOD: _____